IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSE VELEZ | : |
| Plaintiff, | : |
| v. | : Civil Action. No.: 5:24-cv-00481 |
| PA STATE TROOPER JERRY CESSNA, | : |
| Defendant. | : |

### ORDER

AND NOW, this 24th day of February, 2025, upon consideration of Defendant Trooper Cessna's Motion for Summary Judgment (ECF No. 13) and Plaintiff's response thereto (collectively, ECF Nos. 18, 19, 20) it is hereby **ORDERED** that Defendant's motion is **GRANTED**. Judgment as a matter of law is hereby **ENTERED** in favor of Defendant Trooper Cessna and Plaintiff's Complaint (ECF No. 1) is **DISMISSED** with prejudice.

GAIL A. WEILHEIMER, J.